# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-2395

_____

Tammy Christine Hanson

*Plaintiff - Appellant*

v.

Baxter County Arkansas; Sheriff John Montgomery, Individually and as Sheriff of
Baxter County, Arkansas

*Defendants - Appellees*

Chief Deputy Jeff Lewis, Individually and as Chief Deputy of Baxter County, Arkansas

*Defendant*

Lieutenant Randall Weaver, Individually and as Lieutenant and Jail Administrator
of Baxter County Detention Center

*Defendant - Appellee*

Sargent Edward Elliott, Individually and as Sargent of Baxter County Detention
Center; Corporal Linda Henryk, Individually and as Corporal of Baxter County
Detention Center

*Defendants*

Joseph Tullis, M.D., Individually and as medical provider of Baxter County
Detention Center and as Deputy Sheriff of Baxter County; Deputy Wilton "Chip"
Norris, Individually and as medical provider of Baxter County Detention Center
and as Deputy Sheriff of Baxter County; Helen Fenwick, Individually and as
Baxter County Detention Center Jailer; Jailer Tony Beck, also known as Tony
Burch; William Altrazan, Individually and as Baxter County Detention Center Jailer

*Defendants - Appellees*

Heather Easter, Individually and as Baxter County Detention Center Jailer

*Defendant*

Garnett McMahon, Individually and as Baxter County Detention Center Jailer

*Defendant - Appellee*

Sherry Lewis, Individually and as Baxter County Detention Center Jailer; Patrick Gault, Individually and as Baxter County Detention Center Jailer; James Tudor, Individually and as Baxter County Detention Center Jailer; Sonya Olnay, Individually and as Baxter County Detention Center Jailer

*Defendant*s

John Doe, Individually and as Baxter County Detention Center; Deputy Sheriff(s) of Baxter County, Arkansas

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: May 7, 2015
Filed: May 12, 2015
[Unpublished]

_____

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Tammy Christine Hanson appeals following the district court's[1] adverse entry of judgment on a jury verdict in her 42 U.S.C. § 1983 suit, which arose from her incarceration in the Baxter County Detention Center. As to the matters she has properly raised, see Hess v. Ables, 714 F.3d 1048, 1051 n.2 (8th Cir. 2013) (by not briefing this court on why dismissal of claim was improper, appellant abandoned claim), we find no valid basis, and she has offered none, for overturning the order narrowing the issues to be presented at the jury trial, see Johnson v. Bi-State Justice Ctr., 12 F.3d 133, 135-36 (8th Cir. 1993) (evidentiary-hearing standard); or for overturning the jury verdicts on certain claims, see S. Pine Helicopters, Inc. v. Phoenix Aviation Managers, Inc., 320 F.3d 838, 840 (8th Cir. 2003) (review of sufficiency of evidence to support jury verdict ordinarily is quite limited, and it is even more limited where appellant did not preserve issue below by moving for directed verdict before or after jury returned its verdict). The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.